## KYE *v.* WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 111, September Term, 1957.]

*Decided April 29, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The applicant, who apparently was a co-defendant with the applicant in *Plump v. Warden,* 216 Md. 650, raises the same complaints urged in that case, and for the reasons there given, his application is denied.

*Application denied, with costs.*